IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GERALD CHAMBERS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-5200 |
| | : | |
| GENCE BRINKLEY, *et al.*, | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 28th day of December 2018, upon considering *pro se* Plaintiff Gerald Chambers' Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), Complaint (ECF Doc. No. 2), and Prisoner Trust Fund Account Statement (ECF Doc. No. 5), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**.

2. Gerald Chambers, #NJ-0691, shall pay the full filing fee of $350.00 in installments, under 28 U.S.C. § 1915(b). After reviewing Mr. Chambers' submitted financial information, we assess an initial partial filing fee of $10.78 is assessed. The appropriate official at SCI Fayette or at any other prison at which Mr. Chambers may be incarcerated is directed to deduct $10.78 from Mr. Chambers' inmate trust fund account, when such funds become available, and forward the amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-5200. After the initial partial filing fee is collected and until the full filing fee is paid, the appropriate official at SCI Fayette or at any other prison at which Mr. Chambers may be incarcerated, shall deduct from Mr. Chambers' account, each time Mr. Chambers' inmate trust

fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward the amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 18-5200.

3. The Clerk of Court shall send a copy of this Order to the Superintendent of SCI Fayette.

4. The Complaint (ECF Doc. No. 2) is deemed **filed**.

5. We **dismiss** the Complaint (ECF Doc. No. 2) for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

6. Mr. Chambers' claims against Judge Genece Brinkley and the Department of Corrections are **DISMISSED with prejudice**.

7. Mr. Chambers' claims against the City of Philadelphia and Secretary Wetzel are **DISMISSED without prejudice** to filing an amended complaint no later than **February 4, 2019**, if he can state a plausible claim against the City or Secretary Wetzel. An amended complaint shall name all defendants in the caption of the amended complaint and plead how each defendant violated Mr. Chambers' rights. Mr. Chambers should not allege any claims against Judge Genece Brinkley or the Department of Corrections as those claims are dismissed with prejudice. An amended complaint must be a complete document which does not rely on Mr. Chambers' Complaint (ECF Doc. No. 2).

8. The Clerk of Court shall provide a blank copy of this Court's current standard form to be used by a prisoner filing a civil rights action bearing the above-captioned civil action number to Mr. Chambers for his use in possibly filing an amended complaint.

9. Upon the filing of an amended complaint, the Clerk shall not make service until further Order.

10. We may dismiss this case without further notice if Mr. Chambers fails to timely file an amended complaint consistent with this Order no later than **February 4, 2019**.

_____
KEARNEY, J.